WILLIAM B. PALMER, II, ESQ.
Nevada Bar No. 001803
**PALMER & ASSOCIATES, P.C.**
2320 Potosi St., Suite 130
Las Vegas, NV 89146
Telephone No. (702) 888-2222
Facsimile  No. (702) 893-0711
*Attorneys for Petitioner, Matthew Vreeland,*
*as parent and guardian for* ▓▓▓▓▓▓
*and* ▓▓▓▓▓▓ *minors*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

MATTHEW VREELAND, MELINDA
VREELAND, DEREK VREELAND,
MATTHEW VREELAND and MELINDA
VREELAND as guardians of ▓▓▓▓▓▓ and ▓▓▓▓▓▓
minors,

        Plaintiffs,

    vs.

USAA CASUALTY INSURANCE
COMPANY, DOES 1 through 100, an ROE
CORPORATIONS 101 through 200,

        Defendants.

CASE NO. : 2:10-CV-00314-PMP-PAL

**ORDER COMPROMISING**
**MINORS' CLAIMS**

    This matter having come on before this Court without a hearing upon the Petition of MATTHEW VREELAND as guardian and natural parent of ▓▓▓▓▓▓ and ▓▓▓▓▓▓ minors, and the Court being fully advised of the circumstances, and finding that the allegations of the Petition are true, and that it is in the best interest of the Minors, ▓▓▓▓▓▓ and ▓▓▓▓▓▓ that their disputed claims be settled as proposed in the Petition, and good cause appearing therefore, it is hereby:

    **ORDERED, ADJUDGED, AND DECREED** that the proposed compromise of the claims of ▓▓▓▓▓▓ against TINA THOMPSON and her insurer, STATE

1

FARM INSURANCE COMPANY, and USAA are hereby approved for the sums of $4,000.00 and that this settlement money be disbursed as follows:

### TOTAL PERSONAL INJURY SETTLEMENT DISTRIBUTION FOR

███████████████

| PAYOR | TOTAL |
|---|---|
| State Farm [Tortfeasor portion] | $3,000.00 |
| USAA [Uninsured portion] | $1,000.00 |
| **TOTAL GROSS SETTLEMENT** | **$4,000.00** |
| **ATTORNEY FEES**: | |
| ATTORNEY'S FEES AT 1/3 | $1,333.00 |
| **TOTAL ATTORNEY'S FEES** | **$1,333.00** |
| **ATTORNEY COSTS**: | |
| Attorney Costs of Palmer & Associates, P.C. | $400.00 |
| **TOTAL ATTORNEY'S COSTS** | **$400.00** |
| **HEALTH CARE PROVIDERS** | |
| AMERICAN MEDICAL RESPONSE ($627.43) | $0.00 |
| EPMG UMC ($294.40 ) | $294.40 |
| UNIVERSITY MEDICAL CENTER OF S. NEVEDA (ER) ($190.95) | $ 98.19 |
| LARRY YEE, M.D. ($200.00) | $200.00 |
| NEVADA CHIROPRACTIC CENTER ($225.00) | $225.00 |
| **TOTAL OUTSTANDING MEDICAL COSTS:** | **$817.50** |
| **NET AMOUNT FOR** ██████████ **to be placed in a block trust account at Bank of America** | **$1,449.50** |

2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the amount of

**$1,449.50** will be placed in an interest bearing blocked account established at Bank of America,

901 S. Rancho, Las Vegas, NV  89106 which shall not be withdrawn except by the order of this

Court, or by certification that the beneficiary ███████████████) has reached the age of

eighteen (18), at which time the investment may be distributed to the beneficiary ██████████

███████████

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the proposed

compromise of the claims of ████████████ against TINA THOMPSON and her insurer,

STATE FARM INSURANCE COMPANY, and USAA are hereby approved for the sums of

$21,000.00 and that this settlement money be disbursed as follows:

### TOTAL PERSONAL INJURY SETTLEMENT DISTRIBUTION FOR

███████████████

| PAYOR | TOTAL |
|---|---|
| State Farm [Tortfeasor portion] | $16,000.00 |
| USAA [Uninsured portion] | $5,000.00 |
| **TOTAL GROSS SETTLEMENT** | **$21,000.00** |
| **ATTORNEY FEES**: | |
| ATTORNEY'S FEES AT 1/3 | $7,000.00 |
| **TOTAL ATTORNEY'S FEES** | **$7,000.00** |
| **ATTORNEY COSTS**: | |
| Attorney Costs of Palmer & Associates, P.C. | $400.00 |
| **TOTAL ATTORNEY'S COSTS** | **$400.00** |

**THE HEALTH CARE PROVIDERS**

| | |
|---|---|
| CITY OF LAS VEGAS EMS ($445.00) | $0.00 |
| SUMMERLIN HOSPITAL MEDICAL CENTER (ER) ($5,653.00) | $0.00 |
| CENTER EMERGENCY PHYSICIANS ($471.00) | $0.00 |
| DESERT RADIOLOGISTS c/o ALLIED COLLECTIONS($578.00) | $67.65 |
| REDROCK MEDICAL GROUP ($40.00) | $0.00 |
| LARRY YEE, M.D. ($200.00) | $200.00 |
| NEVADA CHIROPRACTIC CENTER ($525.00) | $525.00 |
| KELLY G. HAWKINS & ASSOCIATES ($444.00) | $0.00 |
| **TOTAL MEDICAL COSTS:** | **$792.65** |

**NET AMOUNT FOR** ███████████ **to be placed in a**     **$12,807.35**
**block trust account at Bank of America**

   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the amount of

**$12,807.35** will be placed in an interest bearing blocked account established at Bank of America,

901 S. Rancho, Las Vegas, NV  89106 which shall not be withdrawn except by the order of this

Court, or by certification that the beneficiary ███████████ has reached the age of

eighteen (18), at which time the investment may be distributed to the beneficiary ██████████

████████

/////

/////

/////

/////

/////

4

**IT IS THEREFORE ORDERED, ADJUGED AND DECREED** that within 30 days after receiving the proceedings of the compromises, Matthew Vreeland shall file with the Court proof that the blocked financial investment has been established.

DATED this __ 28th day of October, 2010.

_____
DISTRICT JUDGE

SUBMITTED BY:

PALMER & ASSOCIATES, P.C.

_____
WILLIAM B. PALMER, II, ESQ.
Nevada Bar #001803
2320 Potosi Street, Suite 200
Las Vegas, Nevada 89146
*Attorneys for Petitioner, Matthew Vreeland, as parent and/or guardians for* ██████ *and* ██████ *minors*

5