V. ANDREW CASS
Nevada Bar No. 005246
cass@lbbslaw.com
KRISTIN E. MEREDITH
Nevada Bar No. 011655
meredith@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
*Attorneys for Defendant USAA Casualty Insurance Company
("USAA CIC")*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| MATTHEW VREELAND, MELINDA VREELAND, DEREK VREELAND, MATTHEW VREELAND and MELINDA VREELAND as guardians of SAVANNAH VREELAND and DYLAN VREELAND, minors,<br><br>Plaintiffs<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES 1 through 100, and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO.: 2:10-cv-00314-PMP-PAL<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby dismissed with prejudice

///

///

4829-2646-7080.1

pursuant to FRCP 41 (a) (1).

Dated this 19th day of November, 2010.

| PALMER & ASSOCIATES, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ William B. Palmer, II | /s/ Kristin E. Meredith |
| William B. Palmer, II | V. Andrew Cass |
| Daniel C. Tetreault | Kristin E. Meredith |
| 2320 Pososi Street, Suite 130 | 6385 South Rainbow Boulevard, Suite 600 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89118 |
| Attorneys for Plaintiffs | Attorneys for Defendant USAA General |
| Matthew Vreeland, Melinda Derek Vreeland, Matthew Vreeland and Melinda Vreeland as Guardians of Savannah Vreeland and Dylan Vreeland, minors | Indemnity Company ("USAA") |

### CERTIFICATE OF SERVICE

I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and, pursuant to Fed. R. Civ. P. 5(b), on the 22nd day of November, 2010, a true and correct copy of the above and foregoing **STIPULATION OF DISMISSAL** was served via electronic service by the U.S. District Court CM/ECF system to the parties listed on the Electronic Mail Notice List.

By /s/ Nicole Challender
An Employee of Lewis Brisbois Bisgaard & Smith LLP

IT IS SO ORDERED.

/s/ Philip M. Pro
_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: November 22, 2010.

4829-2646-7080.14829-8890-1381.14829-8890-1381.1     -2-